# Third District Court of Appeal
## State of Florida

Opinion filed July 13, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-684
Lower Tribunal No. F84-17218

————————

**Shellman Peterson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian Judge.

Shellman Peterson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.